IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| | |
|---|---|
| **MAXINE JONES AND J.J. KIGHT,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No.: 5:07cv205-DCB-JMR |
| ) | |
| **CRACKER BARREL OLD COUNTRY** ) | |
| **STORE, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

**AGREED ORDER OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFF J.J. KIGHT**

THIS DAY this cause came on before the Court on Motion *ore tenus* of the Plaintiff J.J. Kight and the Defendant, Cracker Barrel Old Country Store, Inc., with the Plaintiff and the Defendant appearing by and through their respective counsel of record and the parties having announced that they have reached a compromise and settlement of all J.J. Kight's pending claims in this matter and the court being fully advised hereby dismisses Plaintiff J.J. Kight with prejudice from this case;

IT IS THEREFORE ORDERED AND ADJUDGED that with respect to all of Plaintiff J.J. Kight's claims, the Defendant is hereby finally discharged and that the Complaint and pleadings of the Plaintiff J.J. Kight and all his causes of action, are hereby finally and forever dismissed with prejudice with each party separately bearing his respective costs for this action.

SO ORDERED AND ADJUDGED this 3rd day of July, 2008.

\_\_s/David Bramlette_____
U.S. DISTRICT COURT JUDGE

Agreed and approved by:

*/s/ David M. Sessums*
David M. Sessums, Esq.
Attorney for Plaintiff J.J. Kight


*/s/ Bradley B. Vance*
Bradley B. Vance, Esq.
Attorney for Defendant Cracker Barrel Old Country Store, Inc.