# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
### WESTERN DIVISION

| | |
|---|---|
| **MAXINE JONES,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **CIVIL ACTION NO.** |
| **v.** | ) **5:07CV205 DCB-** |
| | ) **JMR** |
| **CRACKER BARREL OLD COUNTRY** | ) |
| **STORE, INC..** | ) |
| | ) |
| **Defendant,** | ) |

## <u>ORDER ON MOTION TO WITHDRAW</u>

THIS CAUSE came on for hearing on Defendant Cracker Barrel Old Country Store, Inc.'s

Motion to Withdraw pursuant to this Court's January 27, 2009 Order and the Court having been

advised in the premises, hereby finds that said motion is well taken and should be granted, as

follows:

1.  The Motions and supporting memoranda filed by Cracker Barrel Old County Store,

    Inc., and docketed as Doc #'s 31, 32, 39, 40, 52, 53, 55, 56 and 58 are withdrawn.


SO ORDERED AND ADJUDGED this the ___24th___ of February, 2009.


_____s/ David Bramlette_____
UNITED STATES DISTRICT JUDGE

**Prepared by:**
___s/Bradley B. Vance____
Bradley B. Vance (MSB No. 100317)
BURR & FORMAN LLP
401 East Capitol Street, Suite 100
Jackson, Mississippi 39201